ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Jennifer Jones,

Plaintiff,

v.

Financial Recovery Services, Inc., LVNV Funding
LLC, and Resurgent Capital Services, L.P.,

Defendants.

Case No.  20 C 2843
Judge Joan H. Lefkow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Case is terminated.

---

This action was (check one):

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Joan H. Lefkow on a motion to compel arbitration.

Date:   10/23/2020

Thomas G. Bruton, Clerk of Court

Amanda Scherer, Deputy Clerk